LONDON GUARANTEE & ACCIDENT COMPANY, Limited, a Corporation, Appellant, v. Jerome G. GALVIN, Doing Business as Jerome G. Galvin Advertising Company.

No. 13214.

Circuit Court of Appeals, Eighth Circuit.

March 2, 1946.

Lowell R. Johnson, of Kansas City, Mo., for appellant.

Lancie L. Watts and C. A. Randolph, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, but without taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for respective parties.

George NOLAN, Petitioner, v. UNITED STATES of America.

No. 13328.

Circuit Court of Appeals, Eighth Circuit.

March 21, 1946.

Writ of Certiorari Denied May 27, 1946.

See 66 S.Ct. 1343.

George Nolan, pro se.

PER CURIAM.

Petition for writ of mandamus directed against Honorable Charles J. Vogel, United States District Judge for District of North Dakota, dismissed.

Henry William PATSCHE, Appellant, v. FEDERAL LAND BANK OF ST. PAUL and Federal Farm Mortgage Corporation (two cases).

Nos. 13148, 13159.

Circuit Court of Appeals, Eighth Circuit.

March 4, 1946.

Leslie R. Burgum, of Jamestown, N. D., for appellant.

Robert J. Barry, M. A. Schmitt, and A. L. Quilling, all of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellees.

UNITED STATES of America v. Yahdeka BYRD et al.

No. 3323.

Circuit Court of Appeals, Tenth Circuit.

April 8, 1946.

Cleon A. Summers, U. S. Atty., and Francis Stewart, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.

Milam M. King, of Checotah, Okl., E. C. Hopper, of Eufaula, Okl., Malcolm E. Rosser and Forrester Brewster, both of Muskogee, Okl., Creekmore Wallace, of Oklahoma City, Okl., and C. A. Ambrister, of Muskogee, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellant.